# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN BALTIMORE, on behalf of himself and others similarly situated, | : : CIVIL ACTION FILE NO. 21-cv-10443-IT |
| Plaintiff, | : |
| v. | : |
| ENSUREM II, LLC | : |
| Defendant. | : |

## JOINT STIPULATION OF DISMISSAL AS TO ENSUREM II, LLC

The parties file this Joint Stipulation of Dismissal as to Defendant ENSUREM II, LLC with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),, with each party to bear their own attorney's fees and costs.

PLAINTIFF
By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[f] (508) 318-8100
anthony@paronichlaw.com

DEFENDANT ENSUREM

By:
/s/ *James A. Peterson*
James A. Peterson, Esq.
PETERSON LEGAL P.A.
401 East Las Olas Boulevard
Suite 130-550
Fort Lauderdale, Florida 33301
(754) 444-8076
James@PetersonLegal.com
Florida Bar No. 645621
(*pro hac vice*)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2022, I electronically served the foregoing on counsel of record for the parties.

                                                           */s/ Anthony I. Paronich*
                                                           Anthony I. Paronich