UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN BALTIMORE, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>ENSUREM II, LLC; JOHN QUIGLEY; and PEAK ADVERTISING, LLC,<br><br>    Defendants.<br>* * * * * * * * * * * * * * * * * * * *<br>PEAK ADVERTISING, LLC,<br><br>    Cross Claimant,<br>v.<br>JOHN QUIGLEY,<br><br>    Cross Defendant. | *<br>*<br>*<br>*<br>*<br>*<br>* Civil Action No. 1:21-cv-10443-IT<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

ORDER OF DISMISSAL

April 20, 2022

TALWANI, D.J.

Pursuant to the parties' Joint Stipulations [Doc. Nos. 58, 61] dismissing Plaintiff Baltimore's claims against Defendant Peak Advertising, LLC ("Peak") and Defendant Ensurem II, LLC, and the court's Order [Doc. No. 50] granting Baltimore's Motion for Entry of Default against Defendant John Quigley, the Amended Complaint [Doc No. 22] is hereby DISMISSED. Further, pursuant to Peak's Notice of Dismissal [Doc. No. 64] of its claims against John Quigley, the Cross Claim [Doc. No. 44] is hereby DISMISSED. This case is CLOSED.

    IT IS SO ORDERED.

                                      /s/ Indira Talwani
                                      United States District Judge